UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

U.S.A.

vs.

CITATION / CASE NO. __05mj 50 TAG__

**JUDGMENT**
**ORDER TO PAY**

Elma Suzman

SOCIAL SECURITY #: ████ ██ 1919
DATE OF BIRTH: ████ ██ 1951
DRIVER'S LICENSE #: ████████
ADDRESS: ████████
City        State        Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: 8-10-05                    _____
                                  DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

CITATION / CASE NO: 5:05mj 50    FINE 500.00   ASGMT. 25.00
CITATION / CASE NO: _____   FINE _____   ASGMT. _____

( ) **FINE TOTAL** of $ 500.00 and a penalty assessment of $ 25.00 within 30 (days)/months or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) **RESTITUTION** _____
( ) **COMMUNITY SERVICE** _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
( ) **TRAFFIC SCHOOL BY:** _____ with proof mailed to _____
( ) **PROBATION** to be unsupervised / supervised for: _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

CENTRAL VIOLATIONS BUREAU        CLERK, USDC                CLERK, USDC
P.O. BOX 740026                   501 "I" St., #4200          1130 O Street, Rm 5000
Atlanta, GA 30374-0026            Sacramento, CA 95814        Fresno, CA 93721
1-800-827-2982

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.

DATE: Aug 9, 2005                _____
                                  U.S. MAGISTRATE JUDGE

Clerk's Office                                                EDCA - 03 Rev 8/97